IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GILBERTO MARTINEZ, and KASSANDRA CRUZ<br><br>Plaintiffs,<br><br>v.<br><br>CSX TRANSPORTATION, INC.<br><br>Defendant | Civil Action No. 2:13-cv-07305-MSG |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Gilberto Martinez and Kassandra Cruz and Defendant CSX Transportation, Inc., that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own fees and costs.

Dated: June 27, 2018

_____
Marc A. Weinberg
**SAFFREN & WEINBERG**
815 Greenwood Avenue, Suite 22
Jenkintown, PA 19046
Telephone: (215) 576-0100
Facsimile: (215) 576-6288
mweinberg@saffwein.com

*Attorney for Plaintiffs*

_____
Sharon L. Caffrey
Jeffrey S. Pollack
Harry M. Byrne
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, Pennsylvania 19103
Telephone: 215.979.1000
Facsimile: 215.689.1020
slcaffrey@duanemorris.com
jspollack@duanemorris.com
hmbyrne@duanemorris.com

*Attorneys for Defendant,
CSX Transportation, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2018, a true and correct copy of the foregoing is being served on the below counsel via the Court's ECF e-filing system:

Marc A. Weinberg
**SAFFREN & WEINBERG**
815 Greenwood Avenue, Suite 22
Jenkintown, PA 19046

*Counsel for Plaintiff*

/s/ Harry M. Byrne
Harry M. Byrne